UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL RIVERA | No. 22 CR 683<br><br>Judge Robert W. Gettleman |

**PROTECTIVE ORDER GOVERNING DISCOVERY**

Upon the agreed motion of the government, it is hereby ORDERED:

1. All IPPC Computer Monitoring records for Rivera's Monitored Devices for the time period July 1, 2024 to July 10, 2024 produced by the U.S. Probation Office (collectively, "the Restricted Materials") are subject to this protective order and may be used by defendant's counsel (defined as counsel of record in this case) solely in connection with the defense of the supervised release violations, and for no other purpose, and in connection with no other proceeding, without further order of this Court.

2. The Restricted Materials contain particularly sensitive information, including personal identifying information of one or more persons other than the defendant, including the minor victim. Accordingly, the Restricted Materials are marked "Attorney's Eyes Only" and these documents may be viewed by counsel for defendant, but not by defendant himself.

3. Defendant's counsel shall not disclose the Restricted Materials or their contents directly or indirectly to any person or entity other than persons employed to

assist in the defense, and other persons to whom the Court may authorize disclosure (collectively, "authorized persons").

4. Defendant shall not view any Restricted Materials absent prior agreement by the government or prior permission from the Court.

5. Absent prior agreement by the government or prior permission from the Court, the Restricted Materials shall not be included in any public filing with the Court, and instead shall be submitted under seal and redacted (except if the defendant, through counsel, chooses to include in a public document sensitive information relating solely and directly to the defendant).

6. Defendant's counsel and authorized persons shall not copy or reproduce the Restricted Materials except in order to provide copies of the Restricted Materials for use in connection with this case by defendant's counsel, and authorized persons. Such copies and reproductions shall be treated in the same manner as the original Restricted Materials

7. Defendant, defendant's counsel, and authorized persons shall not disclose any notes or records of any kind that they make in relation to the contents of the Restricted Materials, other than to authorized persons, and all such notes or records are to be treated in the same manner as the original Restricted Materials.

8. Before providing Restricted Materials to an authorized person, defense counsel must provide the authorized person with a copy of this Order.

9. Upon conclusion of all stages of this case, all of the Restricted Materials and all copies made thereof shall be disposed of in one of three ways, unless otherwise ordered by the Court. The Restricted Materials may be (1) destroyed; (2) returned to the U.S. Probation Office or the United States; or (3) retained in defense counsel's case file. The Court may require a certification as to the disposition of any such Restricted Materials. In the event that the Restricted Materials are retained by defense counsel, the restrictions of this Order continue in effect for as long as the Restricted Materials are so maintained, and the Restricted Materials may not be disseminated or used in connection with any other matter without further order of the Court.

10. The restrictions set forth in this Order do not limit defense counsel in the use of the Restricted Materials in judicial proceedings in this case, except that any document filed by any party which attaches or otherwise discloses Restricted Material, shall be filed under seal to the extent necessary to protect such information, absent agreement by the government or prior permission from this Court.

11. Nothing contained in this Order shall preclude any party from applying to this Court for further relief or for modification of any provision hereof.

ENTER:

ROBERT W. GETTLEMAN
DISTRICT COURT JUDGE
United States District Court
Northern District of Illinois

Date: July 24, 2024